UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LASHENA D. McELROY,
    Plaintiff,

v.                                              Case No. 15-cv-01104-RTR

CAMEO CARE CENTER, INC.,
    Defendant.
_____/

## STIPULATION TO DISMISS WITH PREJUDICE

The Parties, by and through the undersigned counsel, agree to the Court dismissing this action with prejudice, per Fed. R. Civ. P. 41(a), and stipulate as follows:

1. The Parties have resolved all issues between them relating to this action;

2. The Parties agree to the Court dismissing this action with prejudice; and

3. The Parties agree that each shall bear its own costs and attorneys' fees.

So stipulated,

| For Plaintiff, | For Defendant, |
|---|---|
| s/Gordon Leech | s/Lynn Stathus |
| Consumer & Employment Law Center of Wisconsin | Reinhart Boerner Van Deuren S.C. |

WHEREFORE, the Parties request this Court to dismiss this action with prejudice.

Respectfully submitted,

|  |  |
|---|---|
|  | Attorneys for Plaintiff, Lashena D. McElroy |
| Date: June 10, 2016 | s/Gordon R. Leech<br>Wis. Bar No. 1039489 |
|  | Consumer & Employment Law Center of Wisconsin, S.C.<br>4701 N. Port Washington Rd, Suite 101<br>Milwaukee, WI 53212<br>Tel: 414-431-1920<br>Email: gleech@celcwi.com |

## CERTIFICATE OF SERVICE

I certify that I have served or caused to be served this document on all parties as follows.

For Cameo Care Center, Inc.
Lynn Stathas
Reinhart Boerner Van Deuren SCr
22 E Mifflin St # 600
Madison WI 53703-4225
lstathas@reinhartlaw.com
With service by: ECF

|  |  |
|---|---|
| Date: June 10, 2016 | s/Gordon R. Leech<br>Wis. Bar No. 1039489 |