UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LASHENA D. McELROY,
    Plaintiff,

v.                                               Case No. 15-cv-01104-RTR

CAMEO CARE CENTER, INC.,
    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the Parties' Stipulation to Dismiss with Prejudice, and having considered the stipulation and all other relevant factors, it is hereby ORDERED and ADJUDGED that:

1. This action is dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

Dated at Milwaukee, Wisconsin, this 14th day of June, 2016.

                                      BY THE COURT:

                                      _____
                                      Hon. Rudolph T. Randa
                                      U.S. District Judge